IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JACQUELINE K. MCNEELY,)
)
    Plaintiff,)
)
v.) NO. 1:05-0092
) JUDGE HAYNES
JOHN E. POTTER,)
POSTMASTER GENERAL,)
)
    Defendant.)

## ORDER

In accordance with the Memorandum filed herewith, the Defendant John E. Potter, Postmaster General's motion to dismiss or for summary judgment (Docket Entry No. 6) is **GRANTED** and the Plaintiff Jacqueline K. McNeely's motion for summary judgment (Docket Entry No. 25) is **DENIED**. Accordingly, this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of June, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge